1  TUCKER ELLIS & WEST LLP
   PETER KOENIG – STATE BAR NO. 132437
2  BRIAN T. CLARK – STATE BAR NO. 184003
   One Market Street, Steuart Tower, Suite 1300
3  San Francisco, CA 94105
   Telephone: 415.617.2400
4  Facsimile: 415.617.2409

5  Attorneys for Plaintiff
   MOTOR COACH INDUSTRIES, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MOTOR COACH INDUSTRIES, INC., a    | Case No. C-05-5308 CW
   | Delaware corporation,
12 |
   |                                     | STIPULATION AND [PROPOSED]
13 |        Plaintiff,                   | ORDER SELECTING ADR PROCESS
   | v.
14 |                                     | ADR CERTIFICATION
   |
15 | ALAMEDA-CONTRA COSTA TRANSIT
   | DISTRICT,
16 |
   |        Defendant.
17

18      The parties stipulate to participate in the following ADR process:

    **Court Processes:**
19
         ___ Arbitration         XX  ENE           ___ Mediation
20

21  *(To provide additional information regarding timing of session, preferred subject matter
    expertise of neutral, or other issues, please attach a separate sheet.)*
22
    **Private Process:**
23
         ___ Private ADR (please identify process and provider
24

25  _____
    Dated: March 31, 2006
26
                                              Attorney for Plaintiff
27
    Dated: March 31, 2006
28
                                              Attorney for Defendant

                        ADR CERTIFICATION
    SFOiManage1435992

1  Parties request that the Neutral have expertise in public entity claims procedures and commercial
2  contracts.

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 CROW CANYON PLACE,
SUITE 330
SAN RAMON, CA
94583-1344
TEL: (925) 884-2080
FAX: (925) 884-2090

Expertise of Neutral
H:\DATA\CUSTOMER\A241\Pleadings\ExpertiseOfNeutral.wpd

1  IT IS SO ORDERED:   **TO BE HELD WITIN 90 DAYS.**

2

3  Dated: __4/4/06__          _/s/ Claudia Wilken_

4                             UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFOiManage1435992

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R 16 and ADR L.R 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of-California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

MOTOR COACH INDUSTRIES, INC.

Dated: 3-31-2006

_____
Timothy J. Nalepka
Senior Vice President, General Counsel and Secretary

Dated: _____

_____
[Typed name and signature of counsel for plaintiff]

Dated: _____

_____
[Typed name and signature of defendant)

Dated: _____

_____
[Typed name and signature of counsel for defendant)

---

3
ADR CERTIFICATION

SFOiManage1435992

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R 16 and ADR L.R 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of-California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: _____

_____
[Typed name and signature of plaintiff]

Dated: 3/31/06

_____
Peter J. Koenig / Brian T. Clark
[Typed name and signature of counsel for plaintiff]

Dated: _____

_____
[Typed name and signature of defendant)

Dated: _____

_____
[Typed name and signature of counsel for defendant)

---

3
ADR CERTIFICATION

SFOiManage1435992

1 **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2      Pursuant to Civ. L.R 16 and ADR L.R 3-5(b), each of the undersigned certifies that he or

3 she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District

4 of California," or the specified portions of the ADR Unit's Internet site

5 <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by

6 the court and private entities, and considered whether this case might benefit from any of them.

7      *(Note: This Certification must be signed by each party and its counsel.)*

9 Dated: _____         _____

10                                      [Typed name and signature of plaintiff]

12 Dated: _____         _____

13                                      [Typed name and signature of counsel for plaintiff]

15 Dated: 3-31-06                        /s/ Jim Gleich
                                         Jim Gleich, Deputy General Manager
16                                       [Typed name and signature of defendant)

18 Dated: 3-31-06                        /s/ Michael J. Daley
                                         Michael J. Daley
19                                       [Typed name and signature of counsel for defendant)

---
3
ADR CERTIFICATION

SFO\Manage\435002